IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**Jody L. Williams,**
    **Petitioner,**

v.

**Lisa J.W. Hollingsworth,**
    **Respondent.**    Case No. 10-cv-00664-DRH

ORDER

**HERNDON, Chief Judge:**

Before the Court is Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus (Doc. 13), seeking a Court Order of dismissal without prejudice. Petitioner states that he is scheduled to be transferred to another federal institution closer to his home, but that he will not be transferred while his petition is pending before this Court. He therefore moves to withdraw his Petition for Writ of Habeas Corpus (Doc. 1).

Petitioner's Motion (Doc. 13) is **GRANTED**. Accordingly, this matter is hereby **DISMISSED WITHOUT PREJUDICE**. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 14th day of January, 2011.

                                  David R. Herndon
                                  2011.01.14
                                  08:59:12 -06'00'

                                  **Chief Judge**
                                  **United States District Court**